USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/27/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

COMMODITIES & MINERALS
ENTERPRISE LTD.,

                Petitioner,

-against-

CVG FERROMINERA ORINOCO, C. A.,

                Respondent.

------------------------------------------------------------- x

1:19-cv-11654 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Petitioner's motion to confirm arbitration. Accordingly, the Parties are hereby **ORDERED** to adhere to the following briefing schedule:

| | |
|---|---|
| **Opposition:** | January 27, 2020 |
| **Reply:** | February 10, 2020 |

**SO ORDERED.**

Dated: December 27, 2019
        New York, New York

                                        ANDREW L. CARTER, JR.
                                        United States District Judge