USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/31/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**COMMODITIES & MINERALS ENTERPRISE LTD.,**

                         **Petitioner,**

                -against-

**CVG FERROMINERA ORINOCO, C. A.,**

                         **Respondent.**

---------------------------------------------------------- x

**1:19-cv-11654 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Parties are hereby **ORDERED** to adhere to the following briefing schedule.

    **Opposition to Petition:**                  **May 19, 2020**

    **Reply to Opposition:**                     **June 2, 2020**

Petitioner is directed to serve a copy of this Order on Respondent on or before **April 7, 2020**.

Additionally, Petitioner shall file proof of service on or before **April 10, 2020**.

**SO ORDERED.**

**Dated:   March 31, 2020**
           **New York, New York**

                                                       _____
                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**