| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | USDC SDNY |
| **SOUTHERN DISTRICT OF NEW YORK** | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC#: _____ |
| | DATE FILED: _8/14/2020_ |

------------------------------------------------------------------- x

**COMMODITIES & MINERALS ENTERPRISE LTD.,**

                      Petitioner,

   -against-

**CVG FERROMINERA ORINOCO, C. A.**,

                      Respondent.

**1:19-cv-11654-ALC**

**ORDER**

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

Respondent is hereby ORDERED TO SHOW CAUSE by written submission why Petitioner's Motion to Confirm Arbitration Award should not be treated as unopposed on or before August 29, 2020.

Petitioner is directed to serve this Order on Respondent, and file proof of service on ECF, by August 18, 2020,

**SO ORDERED.**

**Dated:**     **New York, New York**
                 **August 14, 2020**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**