USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __9/16/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **COMMODITIES & MINERALS ENTERPRISE LTD.,**<br><br>Petitioner,<br><br>-against-<br><br>**CVG FERROMINERA ORINOCO, C. A.,**<br><br>Respondent. | **1:19-CV-11654-ALC**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' submissions regarding granting Respondent time to respond to the instant petition. ECF Nos. 21-23. The Parties are hereby ORDERED to comply with the following briefing schedule:

      Respondent's Opposition: September 30, 2020

      Petitioner's Reply: October 14, 2020

**SO ORDERED.**

**Dated**:  **September 16, 2020**
          **New York, New York**

                                                          */s/ Andrew L. Carter, Jr.*
                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**