```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
COMMODITIES & MINERALS                    19 Civ. 11654 (ALC)
ENTERPRISE, LTD.,
                                          NOTICE OF FOREIGN LAW
                    Petitioner,

          -against-

CVG FERROMINERA ORINOCO, C.A.,

                    Respondent.
------------------------------------X
```

PLEASE TAKE NOTICE that, pursuant to Rule 44.1 of the Federal Rules of Civil Procedure, Respondent, C.V.G. FERROMINERA ORINOCO, C.A., intends to raise issues concerning the law of Venezuela regarding, <u>inter alia</u>, contract formation, arbitrability, and public procurement.

Dated:    New York, New York
          September 22, 2020

                              MAHONEY & KEANE, LLP
                              Attorneys for Respondent
                              CCG FERROMINERA ORINOCO

                         By:  s/ Garth S. Wolfson
                              Garth S. Wolfson
                              61 Broadway, Suite 905
                              New York, New York 10006
                              (212) 385-1422

1