**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
**COMMODITIES & MINERALS ENTERPRISE, LTD.**,

                      Petitioner,                      19 **CIVIL** 11654 (ALC)

        -against-                            **JUDGMENT**

**CVG FERROMINERA ORINOCO, C.A.**,

                      Respondent.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 30, 2020, the Court grants CME's petition to confirm the Award; judgment is entered against FMO, including interest on $12,655,594.36 at 5.50% per annum from December 20, 2018 until the date of Judgment in the amount of $1,357,789.25 for a total sum of $14,013,383.61. The Court grants the requests for attorneys' fees arising from the proceeding. CME must file its motion for attorneys' fees by December 21, 2020. FMO may oppose that motion by January 6, 2021. CME may make any reply by January 13, 2021.

**Dated**: New York, New York
         November 30, 2020

                                            **RUBY J. KRAJICK**
                                             _____
                                               **Clerk of Court**
                           **BY:** _____
                                                **Deputy Clerk**