**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
COMMODITIES & MINERALS ENTERPRISE,
LTD.,                               Petitioner,

                                                                                          19 **CIVIL** 11654 (ALC)

     -against-                                       **JUDGMENT**

CVG FERROMINERA ORINOCO, C.A.,
                            Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion and Order dated December 10, 2020, CME's petition to confirm the Award is GRANTED. Judgment is entered against Respondent CVG Ferrominera Orinoco, C.A., including interest on $12,655,594.36 at 5.50% per annum from December 20, 2018 until the date of judgment, in the amount of $1,374,952.31, and at the statutory rate thereafter. The Court has GRANTED the requests for attorneys' fees arising from the proceeding.

**Dated**: New York, New York
         December 10, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                            **Clerk of Court**
            **BY:**
                                                         _____
                                                           **Deputy Clerk**