**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1/21/2021_____

-----------------------------------------------------------------x

COMMODITIES & MINERALS ENTERPRISE
LTD.,

                              Petitioner,

                     v.

CVG FERROMINERA ORINOCO, C. A.,

                              Respondent.

-----------------------------------------------------------------x

**1:19-cv-11654-ALC**
<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Respondent's objection to the reply declaration filed by Petitioner, ECF No. 53, and Petitioner's response, ECF No. 54. Respondent objects that Petitioner is not entitled to fees related to the preparation of the motion for attorneys' fees and that Respondent had no opportunity to respond to the amounts requested, which were first detailed in Petitioner's Reply.

      The Court agrees with Petitioner that Respondent had the opportunity to argue that Petitioner is not entitled to fees for the preparation of the motion for attorneys' fees in the Opposition. Accordingly, the Court DENIES any sur-reply on that issue.

      However, Respondent did not have the opportunity to respond to the reasonableness of the fees requested in relation to the motion for attorneys' fees because they were included for the first time in Petitioner's Reply. The Court therefore GRANTS Respondent a sur-reply limited to the reasonableness of the fees requested. This limited sur-reply is due by January 28, 2021.

**SO ORDERED.**
**Dated: January 21, 2021**
     **New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**